**HOWARD LAW, PC**
VINCENT D. HOWARD (SBN 232478)
vhoward@howardlawpc.com
GREGORY H. D. ALUMIT (SBN 257124)
galumit@howardlawpc.com
675 Anton Boulevard, First Floor
Costa Mesa, CA 92626
Tel.: (800) 872-5925
Fax: (888) 533-7310

**THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
A PROFESSIONAL CORPORATION
Joseph R. Manning, Jr., Esq. (SBN 223381)
Michael J. Manning, Esq. (SBN. 286879)
Phillip B. Nghiem, Esq. (SBN 291525)
4667 MacArthur Boulevard, Suite 150
Newport Beach, CA 92660
Tel: (949) 200-8755
Fax: (866) 843-8308

**ARBOGAST LAW**
A Professional Corporation
DAVID M. ARBOGAST (SBN 167571)
david@arbogastlawpc.com
11400 W. Olympic Blvd., 2nd Floor
Los Angeles, CA 90064
Tel.: (310) 477-7200

Attorneys for Plaintiffs and the proposed Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WIEGMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S CORPORATE SERVICES, INC., A California Corporation, D/B/A Macy's, Inc., and DOES 1 to 10<br><br>Defendants. | CASE NO. 8:14-cv-02041<br><br>CLASS ACTION<br><br>Assigned to the Hon. Josephine L. Staton<br><br>**STIPULATION TO EXTEND MACY'S CORPORATE SERVICES INC.'S TIME TO RESPOND TO COMPLAINT AND REQUESTING RELIEF FROM LOCAL RULE 23-3 DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION**<br><br>Complaint filed: December 23, 2014<br>Trial Date: Not set yet |

This Stipulation is entered into by and between Plaintiffs Laura Wiegman on behalf of herself and all others similarly situated ("Plaintiffs") and Defendant Macy's Corporate Services, Inc., a corporation doing business in California , D/B/A Macy's, Inc. ("Macy's," and with Plaintiffs, the "Parties"), as follows:

## RECITALS

A.   On December 23, 2014, Plaintiffs filed their Complaint against Macy's.

B.   On January 8, 2015, Plaintiffs served their Complaint by personal service on Macy's, making January 29, 2015 Macy's current deadline to respond to the Complaint.

C.   Given the number of issues in the Complaint, Macy's need to retain local counsel, and the schedule of counsel for the Parties, Macy's has requested an extension of 21 days to respond to the Complaint, and Plaintiffs have agreed to such extension.

D.   The Parties therefore agree that the last day for Macy's to move, answer or otherwise respond to the Complaint is extended to February 19, 2015.

E.   Local Rule 23-3 requires that "[w]ithin 90 days after service of a pleading purporting to commence a class action . . . the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court," pursuant to which plaintiffs' class-certification motion would be due April 8, 2015.

F.   After meeting and conferring, the parties agree that should this case progress beyond the pleadings stage, Plaintiff will require adequate time for discovery and other work, and accordingly believe that good cause exists to vacate the L.R. 23-3 deadline.

G.   The Parties have not previously made any requests for extension before this Court.  This Stipulation is not being made for purposes of delay or for any improper motive.

# AGREEMENT

NOW, THEREFORE, based upon the foregoing, the Parties hereby STIPULATE AND AGREE, subject to Court approval, as follows:

1. The Parties incorporate by reference each of the Recitals contained in paragraphs A through G hereinabove as if set forth in full herein.

2. The time for Macy's to move, answer or otherwise respond to the Complaint is extended to and includes February 19, 2015.

3. The L.R. 23-3 deadline for moving for class certification is waived, and a briefing and hearing schedule for class certification will be established at or after the Scheduling Conference.

4. The Parties agree that by entering into this Stipulation, no Party waives any right or remedy.

DATED: January 28, 2015 **HOWARD LAW PC**

/s/ Gregory H. D. Alumit
VINCENT D. HOWARD
GREGORY H. D. ALUMIT

**ARBOGAST LAW**
A Professional Corporation
DAVID M. ARBOGAST

**THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
A Professional Corporation
JOSEPH R. MANNING, JR.
MICHAEL J. MANNING
PHILLIP B. NGHIEM

*Attorneys for Plaintiff and Proposed Class*

| | | |
|---|---|---|
| 1 | DATED:  January 28, 2015 | **Macy's Law Department** |
| 2 | | |
| 3 | | /s/ Hyun Jee Son |
| | | HYUN JEE SON |
| 4 | | |
| 5 | | *Attorneys for Macy's Corporate Services, Inc.* |

3     Stipulation Requesting Extension of Time to Respond to Complaint
and Relief from L.R. 23-3
Case No. 8:14-CV-02041