# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WIEGMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S CORPORATE SERVICES, INC., A California Corporation, D/B/A Macy's, Inc., and DOES 1 to 10<br><br>Defendants. | Case No. 8:14-cv-02041<br><br><u>CLASS ACTION</u><br><br>Assigned to the Hon. Josephine L. Staton<br><br>**ORDER GRANTING STIPULATION TO EXTEND MACY'S CORPORATE SERVICES, INC.'S TIME TO RESPOND TO COMPLAINT AND GRANTING RELIEF FROM LOCAL RULE 23-3** |

# ORDER

The Court, having considered the Stipulation To Extend Macy's Corporate Service's Inc.'s Time To Respond To Complaint And Requesting Relief From Local Rule 23-3 Deadline For Filing Motion For Class Certification (the "Stipulation"), and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED.
2. The time for Macy's to move, answer or otherwise respond to the Complaint is extended to and includes February 19, 2015.
3. Compliance with Local Rule 23-3 will not be required in this case, and that should the case progress beyond the pleadings stage, a briefing and hearing schedule for class certification will be established at or after the Scheduling Conference.

**IT IS SO ORDERED.**

DATED: _____

By: _____
Hon. Josephine L. Staton
United States District Judge