# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA VIZCARRA, on behalf of herself and of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>MACY'S.COM, INC; and DOES 1 to 10,<br><br>      Defendants. | Case No. SACV8:14-cv-2041 JLS (JCGx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: December 23, 2014 |

On October 20, 2015, pursuant to Federal Rule of Civil Procedure and Local Rule 52-4.1, the parties filed a joint motion for a Protective Order.

Good cause appearing, the joint motion is GRANTED.

IT IS SO ORDERED.

Dated: October 27, 2015

                                            Jay C. Gandhi
                                            United States Magistrate Judge